

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00936-CV

JOEL D. MALLORY, JR., Appellant

V.

WEST BELLFORT PROPERTY OWNERS ASSOCIATION, Appellee

Appeal from the County Civil Court at Law No. 4 of Harris County
(Tr. Ct. No. 1039665).

After due consideration, the Court **grants** the motion to dismiss the appeal filed by the appellee.   Accordingly, the Court **dismisses** the appeal.

The Court **orders** that costs be taxed against appellant.

The Court **orders** that this decision be certified below for observance.

Judgment rendered July 9, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Higley and Massengale.